UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-281(1) MJD/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER FOR APPEARANCE OF |
| Richard Wuollet, | ) | DEFENDANT AND FOR |
| | ) | TRANSPORTATION EXPENSES |
| Defendant. | ) | PURSUANT TO 18 U.S.C. § 4285 |

The Court having held Defendant to answer in the United States District Court for the District of Minnesota and finding that the defendant has been released from custody, currently resides in New Mexico, and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant appear before the above-referenced court on February 27, 2006, at 10:00 a.m. at the Federal Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Court, transportation to return home to Clovis, New Mexico, after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Date: January 23, 2006

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge