UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-281(1) MJD/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>)<br>Plaintiff,)<br>)<br>v.                                                  )<br>)<br>Richard Wuollet,                        )<br>)<br>Defendant.) | ORDER FOR CONTINUANCE |

Based on the defendant's motion for continuance of the Change of Plea Hearing set for February 27, 2006, and there appearing good cause for a continuance, it is ordered, that the Change of Plea Hearing is continued from February 27, 2006.

Date: February 21, 2006                                              s/ Michael J. Davis
                                                                                    Honorable Michael J. Davis
                                                                                    United States District Court Judge