UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 05-281(MJD/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| v. ) | |
| ) | |
| RICHARD WUOLLET, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated: _July 24, 2006___          __s/Michael J. Davis_____
                                  Michael J. Davis
                                  U.S. Magistrate Judge